## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jeri Fjelstad, Carolin Gerving, Linda Emerson, | Civil No. 11-1795 (RHK/LIB) |
| Plaintiffs, | **ORDER** |
| vs. | |
| State Farm Insurance Company, | |
| Defendant. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated:  July 12, 2011

                                                                        s/Richard H. Kyle  
                                                                        RICHARD H. KYLE  
                                                                        United States District Judge