**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jeri Fjelstad, Caroline Gerving, Linda Emerson, | Civil No. 11-1795 (RHK/LIB) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | |
| State Farm Insurance Company, | |
| Defendant. | |

Based upon the parties' Stipulation of Dismissal (Doc. No. 39), **IT IS ORDERED** the above-captioned matter is **DISMISSED WITH PREJUDICE** in its entirety, without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  July 19, 2012

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge